**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Pennsylvania

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   
   ☑ Chapter 7
   
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   Jonathan
   First name
   
   B.
   Middle name
   
   Barach
   Last name
   
   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown
   
   XXX – XX – ___ ___ ___ ___    OR    9 XX – XX – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☑ Unknown
   
   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN
   
   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

Official Form 105    Involuntary Petition Against an Individual    page **1**

Debtor **Jonathan Barach**                          Case number (if known) _____

### 6. Debtor's address

**Principal residence**

2001 Hamilton Street
Number   Street

#2121

Philadelphia         PA    19130
City                 State  ZIP Code

Philadelphia
County

**Principal place of business**

1601 Market Street
Number   Street
19th Floor

Philadelphia         PA    19103
City                 State  ZIP Code

Philadelphia
County

**Mailing address, if different from residence**

Number   Street

City                 State  ZIP Code

### 7. Type of business

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

### 8. Type of debt

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

### 9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?

☑ No
☐ Yes. Debtor _____   Relationship _____
   District _____ Date filed _____  Case number, if known _____
                           MM / DD / YYYY

   Debtor _____   Relationship _____
   District _____ Date filed _____  Case number, if known _____
                           MM / DD / YYYY

Official Form 105                Involuntary Petition Against an Individual                page **2**

Debtor   Jonathan Barach                                    Case number (if known)_____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Philly Opportunity Fund LLC | Judgment | $ 694,498.26 |
| Kaconzo, Inc. | Judgment | $ 470,300.00 |
| Sami Musleh | Judgment | $ 107,694.75 |
| | Total | $ 1,272,493.01 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor __Jonathan Barach__                                      Case number (if known)_____

**✗** /s/ Dean Batogowski  PRESIDENT
Signature of petitioner or representative, including representative's title

Kaconzo, Inc.
Printed name of petitioner

Date signed  11/19/2021
             MM / DD / YYYY

**Mailing address of petitioner**

1621 Midwest Club Pkwy
Number   Street

Oak Brook            IL          60523
City                 State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State ZIP Code


**✗** /s/ Jeffrey Kurtzman
Signature of Attorney

Jeffrey Kurtzman
Printed name

Kurtzman Steady LLC
Firm name, if any

555 City Avenue, Suite 480
Number   Street

Bala Cynwyd              PA       19004
City                     State    ZIP Code

Date signed  11/19/2021
             MM / DD / YYYY

Contact phone (215) 839-1222   Email _____

Email: Kurtzman@kurtzmansteady.com


**✗** /s/ Sami Musleh
Signature of petitioner or representative, including representative's title

Sami Musleh
Printed name of petitioner

Date signed  11/19/2021
             MM / DD / YYYY

**Mailing address of petitioner**

16164 W Coneflower Drive
Number   Street

Lockport             IL          60441
City                 State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State     ZIP Code


**✗** /s/ Jeffrey Kurtzman
Signature of Attorney

Jeffrey Kurtzman
Printed name

Kurtzman Steady LLC
Firm name, if any

555 City Avenue, Suite 480
Number   Street

Bala Cynwyd              PA       19004
City                     State    ZIP Code

Date signed  11/19/2021
             MM / DD / YYYY

Contact phone (215) 839-1222   Email _____

Email: kurtzman@kurtzmansteady.com


Official Form 105          *Involuntary Petition Against an Individual          page 5

Debtor   Jonathan Barach   Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X /s/ Chris Gonzalez   MEMBER
Signature of petitioner or representative, including representative's title

Philly Opportunity Fund, LLC
Printed name of petitioner

Date signed 11/__/2021   MEMBER
   MM / DD / YYYY

262 CG   Member

Mailing address of petitioner
282 W. Parkview Drive
Number   Street
Addison   IL   60101
City   State   ZIP Code

If petitioner is an individual and is not represented by an attorney:
Contact phone _____
Email _____

Name and mailing address of petitioner's representative, if any
Name _____
Number   Street _____
City   State   ZIP Code _____

**Attorneys**

X /s/ Jeffrey Kurtzman
Signature of attorney

Jeffrey Kurtzman
Printed name

Kurtzman Steady LLC
Firm name, if any

555 City Avenue, Suite 480
Number   Street
Philadelphia   PA   19004
City   State   ZIP Code

Date signed 11/__/2021
   MM / DD / YYYY

Contact phone (215) 839-1222   Email _____

Email: kurtzman@kurtzmansteady.com