## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| JONATHAN R. BARACH, | : | |
| | : | Case No. 21-13123 (AMC) |
| Debtor. | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the undersigned, as counsel for Jonathan Barach, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at:

> David B. Smith, Esquire
> SMITH KANE HOLMAN, LLC
> 112 Moores Road, Suite 300
> Malvern, PA 19355
> Telephone: (610) 407-7217
> Facsimile: (610) 407-7218
> e-mail: dsmith@skhlaw.com

***PLEASE TAKE FURTHER NOTICE*** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case.

Dated: December 13, 2021                            SMITH KANE HOLMAN, LLC

                                                                */S/ DAVID B. SMITH*
                                                                DAVID B. SMITH, Esquire
                                                                112 Moores Road, Suite 300
                                                                Malvern, PA  19355
                                                                Telephone: (610) 407-7217
                                                                Facsimile: (610) 407-7218
                                                                dsmith@skhlaw.com

                                                                Counsel for Jonathan Barach