UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| JONATHAN B. BARACH, | : Case No. 21-13123 (AMC) |
| | : (Chapter 7) |
| Debtor. | : |
| | : |

## ORDER FOR RELIEF IN AN INVOLUNTARY CASE

AND NOW, this ___ day of December, 2021, upon consideration of the involuntary petition filed on November 22, 2021 against the above-captioned alleged debtor, and it appearing that service of the involuntary petition was made as provided in the Federal Rules of Bankruptcy Procedure, and the alleged debtor having failed timely to answer or move with respect to the involuntary petition, it is hereby

ORDERED, that an order for relief under Chapter 7 of Title 11 of the United States Code is hereby granted.

**Date: December 14, 2021**

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Jeffrey Kurtzman, Esquire
Kurtzman | Steady, LLC
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004

Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106